**SCENT CRUSHER FIELD LITE AND FIELD PRO INFRINGEMENT CHART FOR U.S. PATENT NO. 8,404,180**

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| A method of eliminating scents, the method comprising: | Scent Crusher's promotional materials[1] instruct its customers to use the Scent Crusher Field Lite ozone generator to perform a method of eliminating scents.<br><br>For example, the Field Lite product is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts."  Scent Crusher's very company name, as well as its trademark suggests the intended use of the Field Lite—to eliminate scent from a hunter in the field: "Scent off. Game on.®"  Scent Crusher markets this product by touting its scent-elimination capability: "the Field Lite will have you covered and scent free." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d |

---

[1]   Available at https://scentcrusher.com/field-pro/ and https://scentcrusher.com/field-lite/, respectively; certain promotional materials cited herein may also be found at http://www.lancasterarchery.com/scent-crusher-field-lite.html and http://www.lancasterarchery.com/scent-crusher-field-pro.html.  On information and belief, the promotional materials (e.g., images and product descriptions) on the Lancaster Archery websites were provided by Scent Crusher (or are derivative of provided materials) for Lancaster's use in marketing the Field Pro and Field Lite units.

**EXHIBIT D**

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |
| providing a gas generator configured for transport into a field, | The Scent Crusher Field Lite comprises a gas generator configured for transport into a field.  Scent Crusher promotional materials induce users to transport the Field Lite into a hunting field.<br><br>For example, Scent Crusher's promotional material shows use of the Field Lite product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The product is called the "Field Lite", which suggests use in the field.  The Field Lite product description states that it is "[c]ompact and lightweight" allowing for easy portability to the field. The Field Lite promotional material confirms that it is an ozone generator by stating, for example, that the product has "ample ozone output for most hunting situations".  Persons of skill in the art understand ozone to be a gas.  The Field Lite "allows the hunter to use [the Field Lite] in a tree stand, ground blind, or for spot and stalk hunts." The Field Lite is battery operated, allowing for use in the field in the manner depicted in promotional images. |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| | <br><br>**PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |

| Claim 1 | Scent Crusher Field Lite |
|---------|--------------------------|
| configured for mounting in the field, | The Scent Crusher Field Lite is configured for mounting in the field. Scent Crusher's Field Lite promotional materials induce users to mount the Field Lite product in a hunting field.<br><br>For example, Scent Crusher's promotional material shows use of the Field Lite product by a bow hunter in a tree stand during a hunt (e.g., "a field"). The images below show that the Field Lite is mounted in a tree through use of the mounting kit sold with the Field Lite. The Field Lite product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt." These materials allow and are designed to promote mounting of the Field Lite in the hunting field at least as depicted below.<br><br> |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |
| and configured for discharging a stream of oxidizing gas into the field to eliminate scents associated with a hunter in the air traveling downwind of the hunter toward game animals in the field. | The Scent Crusher Field Lite is configured for discharging a stream of oxidizing gas into the field to eliminate scents associated with a hunter in the air traveling downwind of the hunter toward game animals in the field.  The Scent Crusher Field Lite promotional materials induce users to discharge a stream of oxidizing gas into the field to eliminate scents associated with a hunter in the air traveling downwind of the hunter toward game animals in the field.<br><br>For example, the Field Lite product is intended to be used by a hunter to discharge a stream of oxidizing gas into the field.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." The Scent Crusher company name and trademark ("Scent off. Game on.") suggest the intended use of the Field Lite product is to eliminate scents associated with the hunter in order to better hunt game animals.  Associated promotional images show mounting the Field Lite unit in a tree behind a hunter with the Field Lite's vents directed in the same direction as the (not pictured) animal at which the hunter takes aim.  Hunters understand that descenting is useful so as to not alert animals downwind of the hunter of the presence of the hunter in the field.  Scent Crusher markets this product by |

| Claim 1 | Scent Crusher Field Lite |
|---------|--------------------------|
|         | touting is scent-elimination capability: "the Field Lite will have you covered and scent free." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d <br><br><br> Promotional videos available through www.scentcrusher.com confirm the value of ozone descenting technology and the intended use of Scent Crusher products (including the Field Lite) for elimination of scents associated with a hunter for purpose of managing downwind odors during hunting of game.  *See, e.g.*, https://www.youtube.com/watch?time_continue=15&v=v-6udla_z-s (available as an embedded video at www.scentcrusher.com) ("You might not notice how bad you smell when you leave the house, but a deer sure can."). |

| Claim 1 | Scent Crusher Field Lite |
|---------|--------------------------|
|         |      |

| Claim 1 | Scent Crusher Field Lite | |
|---|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt | |

| Claim 3 | Scent Crusher Field Lite |
|---|---|
| The method of claim 1, wherein providing the gas generator configured for discharging the stream of oxidizing gas comprises providing a gas generator configured for discharging a stream of oxidizing gas comprising ozone. | The Scent Crusher Field Lite comprises a gas generator configured for discharging a stream of oxidizing gas comprising ozone.  Scent Crusher promotional material instruct and induce users of the Field Lite product to discharge a stream of oxidizing gas comprising ozone.<br><br>For example, the Field Lite product is intended to be used by a hunter to discharge a stream of oxidizing gas into the field.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts."  The Scent Crusher Field Lite promotional materials further describe the Field Lite as "[c]ompact and lightweight with ample ozone output for most hunting situations." |

**PRODUCT DESCRIPTION**

- Compact and lightweight with ample ozone output for most hunting situations
- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- The new Scent Crusher Field Lite is compact and lightweight with great features in a small design
- Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts
- High quality fan for quiet operation
- Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge
- Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt

| Claim 7 | Scent Crusher Field Lite |
|---|---|
| A method of eliminating scents, the method comprising: | The Scent Crusher Field Lite comprises a gas generator configured for discharging a stream of oxidizing gas to eliminate scents. Scent Crusher promotional material instruct and induce users of the Field Lite product to discharge a stream of oxidizing gas to eliminate scents. *See, e.g.*, claim 1 and associated analysis. |
| generating a stream of oxidizing gas with an oxidizing gas generator; and | The Scent Crusher Field Lite is a device configured to generate a stream of oxidizing gas. Scent Crusher promotional materials induce users to generate a stream of oxidizing gas to eliminate scents.<br><br>For example, the Field Lite product is intended to be used by a hunter to discharge a stream of oxidizing gas into the field. The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." The Field Lite contains vents on the front of the device which generate a stream of oxidizing gas that is emitted by the device. |



**PRODUCT DESCRIPTION**

- Compact and lightweight with ample ozone output for most hunting situations
- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- The new Scent Crusher Field Lite is compact and lightweight with great features in a small design
- Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts
- High quality fan for quiet operation
- Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge
- Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt

| | |
|---|---|
| mounting the oxidizing gas generator relative to a hunter in the a field in which game animals are present such that the stream of oxidizing gas eliminates scents associated with the hunter in air traveling downwind of the hunter. | The Scent Crusher Field Lite is configured for mounting relative to a hunter in the a field in which game animals are present such that the stream of oxidizing gas eliminates scents associated with the hunter in air traveling downwind of the hunter.  Scent Crusher's Field Lite promotional materials induce users to mount the oxidizing gas generator relative to a hunter in the a field in which game animals are present such that the stream of oxidizing gas eliminates scents associated with the hunter in air traveling downwind of the hunter.

For example, Scent Crusher's promotional material shows use of the Field Lite product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The images below show that the Field Lite is mounted in a tree through use of the mounting kit sold with the Field Lite.  The Field Lite product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt." These materials allow, and are designed to promote, mounting of the Field Lite in the hunting field as depicted below. |

| | For example, the Field Lite product is intended to be used by a hunter to discharge a stream of oxidizing gas into the field.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." The Scent Crusher company name and trademark ("Scent off. Game on.") suggest the intended use of the Field Lite product is to eliminate scents associated with the hunter in order to hunt game animals in a field.  Associated promotional images show mounting the Field Lite unit in a tree behind a hunter with the Field Lite's vents directed in the same direction as the (unpictured) animal at which the hunter takes aim.  Hunters understand that descenting is useful so as to not alert animals downwind of the hunter of the presence of the hunter in the field.  The vents of the Field Lite unit generate a steam of the emitted oxidized gas. Scent Crusher markets this product by touting is scent-elimination capability: "the Field Lite will have you covered and scent free." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d<br><br><br>Promotional videos available through www.scentcrusher.com confirm the value of ozone descenting technology and the intended use of Scent Crusher products (including the Field Lite) for elimination of scents associated with a hunter for purpose of managing downwind odors during hunting of game.  *See, e.g.*, https://www.youtube.com/watch?time_continue=15&v=v-6udla_z-s ("You might not notice how bad you smell when you leave the house, but a deer sure can."). |
|---|---|



**PRODUCT DESCRIPTION**

- Compact and lightweight with ample ozone output for most hunting situations
- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- The new Scent Crusher Field Lite is compact and lightweight with great features in a small design
- Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts
- High quality fan for quiet operation
- Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge
- Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt

| Claim 11 | Scent Crusher Field Lite |
|---|---|
| The method of claim 7, wherein generating the stream of oxidizing gas comprises generating a stream of gas that comprises ozone. | The Scent Crusher Field Lite comprises a gas generator configured for discharging a stream of oxidizing gas comprising ozone.  Scent Crusher promotional material instruct and induce users of the Field Lite product to discharge a stream of oxidizing gas comprising ozone.<br><br>For example, the Field Lite product is intended to be used by a hunter to discharge a stream of oxidizing gas into the field.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts."  The Scent Crusher Field Lite promotional materials further describe the Field Lite as "[c]ompact and lightweight with ample ozone output for most hunting situations." |

**PRODUCT DESCRIPTION**

- Compact and lightweight with ample ozone output for most hunting situations
- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- The new Scent Crusher Field Lite is compact and lightweight with great features in a small design
- Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts
- High quality fan for quiet operation
- Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge
- Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt

| Claim 1 | Scent Crusher Field Pro |
|---|---|
| A method of eliminating scents, the method comprising: | Scent Crusher's promotional materials instruct its customers to use the Scent Crusher Field Pro ozone generator to perform a method of eliminating scents.<br><br>For example, the Field Pro product is described as providing a "scent control blanket" and a "circle of protection." The Scent Crusher company name and trademark ("Scent off. Game on.") suggest the use of the company's products for scent elimination.<br><br>**PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| providing a gas generator configured | The Scent Crusher Field Pro comprises a gas generator configured for transport into a field.  Scent Crusher promotional materials induce users to transport the Field Pro into a hunting field. |

| | |
|---|---|
| for transport into a field, | For example, Scent Crusher's promotional material shows use of the Field Pro product by a bow hunter in a tree stand during a hunt (e.g., "a field"). Such images are consistent with the stated use of the device: "Scent Crusher Field Pro is your ozone blanket for the tree stand and ground blind." The product is called the "Field Pro", which suggests use in the field. The Field Pro promotional material confirms that it is an ozone generator capable of discharging a stream of oxidizing gas by stating, for example, that the product has "[v]ent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product . . . with high quality fan for quiet operation". The Field Pro is battery operated, allowing for use in the field in the manner depicted in promotional images.<br><br> |

**PRODUCT DESCRIPTION**

- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
- Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product
- Better coverage and greater output than ever before
- Wider range of coverage with side vents
- Low, medium, high output settings with high quality fan for quiet operation
- Removable Extended life battery with battery technology allows for longer hunts on a single charge
- White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
- Green is best for deer and red is best for predators
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
- Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices

| | |
|---|---|
| configured for mounting in the field, | The Scent Crusher Field Pro is configured for mounting in the field.  Scent Crusher's Field Pro promotional materials induce users to mount the Field Pro product in a hunting field.<br><br>For example, promotional materials for the Field Pro show use of the product in a tree stand with a hunter, his clothing and equipment during a bow hunt.  The Field Pro product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt." |



<table>
<tr><td></td><td>

**PRODUCT DESCRIPTION**

• The next line of defense to complete your circle of protection in the Scent Crusher product line is here
• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product
• Better coverage and greater output than ever before
• Wider range of coverage with side vents
• Low, medium, high output settings with high quality fan for quiet operation
• Removable Extended life battery with battery technology allows for longer hunts on a single charge
• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
• Green is best for deer and red is best for predators
• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
• Automatically shuts off after the selected amount of time
• USB output port for charging external devices

</td></tr>
<tr><td>

and configured for discharging a stream of oxidizing gas into the field to eliminate scents associated with a hunter in the air traveling downwind of the hunter toward game animals in the field.

</td><td>

The Scent Crusher Field Pro is configured for discharging a stream of oxidizing gas into the field to eliminate scents associated with a hunter in the air traveling downwind of the hunter toward game animals in the field. The Scent Crusher Field Pro promotional materials induce users to discharge a stream of oxidizing gas into the field to eliminate scents associated with a hunter in the air traveling downwind of the hunter toward game animals in the field.

For example, the Field Pro product is intended to be used by a hunter to discharge oxidizing gas while hunting in the field. The Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." The Scent Crusher company name and trademark ("Scent off. Game on.®") suggest that the intended use of the Field Pro product is to deodorize scents associated with a hunter and

</td></tr>
</table>

|  | his clothing/equipment for hunting.  Associated promotional images show mounting the Field Pro unit in a tree behind the hunter and directed at the hunter, his clothing, and his hunting equipment during a bow hunt.  Vents on the Field Pro create one or more streams of oxidizing gas that are emitted from the unit into the field. Emission of oxidizing gas in this manner is for the purpose of eliminating scents associated with the hunter.<br><br>Promotional videos available through www.scentcrusher.com confirm the value of ozone descenting technology and the intended use of Scent Crusher products (including the Field Pro) for elimination of scents associated with a hunter for purpose of managing downwind odors during hunting of game.  *See, e.g.*, https://www.youtube.com/watch?time_continue=15&v=v-6udla_z-s ("You might not notice how bad you smell when you leave the house, but a deer sure can."). |
| --- | --- |



**PRODUCT DESCRIPTION**

• The next line of defense to complete your circle of protection in the Scent Crusher product line is here
• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
• Vent ports on the front and side for an industry leading 270˚ of coverage and 60% more ozone output than any comparable field product
• Better coverage and greater output than ever before
• Wider range of coverage with side vents
• Low, medium, high output settings with high quality fan for quiet operation
• Removable Extended life battery with battery technology allows for longer hunts on a single charge
• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
• Green is best for deer and red is best for predators
• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
• Automatically shuts off after the selected amount of time
• USB output port for charging external devices

| Claim 3 | Scent Crusher Field Pro |
|---|---|
| The method of claim 1, wherein providing the gas generator configured for discharging the stream of oxidizing gas comprises providing a gas generator configured for discharging a stream | The Scent Crusher Field Pro comprises a gas generator configured for discharging a stream of oxidizing gas comprising ozone.  Scent Crusher promotional material instruct and induce users of the Field Pro product to discharge a stream of oxidizing gas comprising ozone.<br><br>For example, the Field Pro product is intended to be used by a hunter to discharge oxidizing gas comprising ozone while hunting in the field.  The Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." |

| of oxidizing gas comprising ozone. | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270˚ of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
|---|---|
| **Claim 7** | **Scent Crusher Field Pro** |
| A method of eliminating scents, the method comprising: | The Scent Crusher Field Pro comprises a gas generator configured for discharging a stream of oxidizing gas to eliminate scents.  Scent Crusher promotional material instruct and induce users of the Field Pro product to discharge a stream of oxidizing gas to eliminate scents.  *See, e.g.*, claim 1 and associated analysis.<br><br>For example, the Field Pro product is described as providing a "scent control blanket" and a "circle of protection." The Scent Crusher company name and trademark ("Scent off. Game on.") suggest the use of the company's products for scent elimination. |

**PRODUCT DESCRIPTION**

• The next line of defense to complete your circle of protection in the Scent Crusher product line is here
• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
• Vent ports on the front and side for an industry leading 270˚ of coverage and 60% more ozone output than any comparable field product
• Better coverage and greater output than ever before
• Wider range of coverage with side vents
• Low, medium, high output settings with high quality fan for quiet operation
• Removable Extended life battery with battery technology allows for longer hunts on a single charge
• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
• Green is best for deer and red is best for predators
• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
• Automatically shuts off after the selected amount of time
• USB output port for charging external devices

| | |
|---|---|
| generating a stream of oxidizing gas with an oxidizing gas generator; and | The Scent Crusher Field Pro is a device configured to generate a stream of oxidizing gas.  Scent Crusher Field Pro promotional materials induce users to generate a stream of oxidizing gas to eliminate scents.<br><br>For example, the Field Pro product is intended to be used by a hunter to discharge oxidizing gas while hunting in the field.  The Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." The Field Pro produces "[b]etter coverage and greater output [of ozone gas] than ever before."  Vents on the front and sides of the Field Pro create one or more streams of oxidizing gas that are emitted from the unit and into the field. |

| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| mounting the oxidizing gas generator relative to a hunter in the a field in which game animals are present such that the stream of oxidizing gas eliminates scents associated with the hunter in air traveling downwind of the hunter. | The Scent Crusher Field Pro is configured for mounting relative to a hunter in the a field in which game animals are present such that the stream of oxidizing gas eliminates scents associated with the hunter in air traveling downwind of the hunter.  Scent Crusher's Field Pro promotional materials induce users to mount the oxidizing gas generator relative to a hunter in the a field in which game animals are present such that the stream of oxidizing gas eliminates scents associated with the hunter in air traveling downwind of the hunter.<br><br>For example, promotional materials for the Field Pro show use of the product in a tree stand near a hunter, his clothing and equipment during a bow hunt.  The Field Pro product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt." |

| | |
|---|---|
| | The Field Pro product is intended to be used by a hunter to discharge oxidizing gas while hunting in the field.  The Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." The Scent Crusher company name and trademark ("Scent off. Game on.®") suggest that the intended use of the Field Pro product is to descent air near a hunter and his clothing/equipment for hunting.  Associated promotional images show mounting the Field Pro unit in a tree behind the hunter and directed toward the hunter, his clothing, and his hunting equipment during a bow hunt.  The nature of a bow hunt is such that a hunter places himself in the field in which game animals are present. Vents on the Field Pro create one or more streams of oxidizing gas that are emitted from the unit into the field.  Emission of oxidizing gas in this manner is for the purpose of eliminating scents associated with the hunter. <br><br> Promotional videos available through www.scentcrusher.com confirm the value of ozone descenting technology and the intended use of Scent Crusher products (including the Field Pro) for elimination of scents associated with a hunter for purpose of managing downwind odors during hunting of game.  *See, e.g.*, https://www.youtube.com/watch?time_continue=15&v=v-6udla_z-s ("You might not notice how bad you smell when you leave the house, but a deer sure can."). |



**PRODUCT DESCRIPTION**

• The next line of defense to complete your circle of protection in the Scent Crusher product line is here
• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
• Vent ports on the front and side for an industry leading 270˚ of coverage and 60% more ozone output than any comparable field product
• Better coverage and greater output than ever before
• Wider range of coverage with side vents
• Low, medium, high output settings with high quality fan for quiet operation
• Removable Extended life battery with battery technology allows for longer hunts on a single charge
• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
• Green is best for deer and red is best for predators
• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
• Automatically shuts off after the selected amount of time
• USB output port for charging external devices

| Claim 11 | Scent Crusher Field Pro |
|---|---|
| The method of claim 7, wherein generating the stream of oxidizing gas comprises generating a stream of gas that comprises ozone. | The Scent Crusher Field Pro comprises a gas generator configured for discharging a stream of oxidizing gas comprising ozone.  Scent Crusher promotional material instruct and induce users of the Field Pro product to discharge a stream of oxidizing gas comprising ozone.<br><br>For example, the Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." |

**PRODUCT DESCRIPTION**

- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
- Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product
- Better coverage and greater output than ever before
- Wider range of coverage with side vents
- Low, medium, high output settings with high quality fan for quiet operation
- Removable Extended life battery with battery technology allows for longer hunts on a single charge
- White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
- Green is best for deer and red is best for predators
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
- Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices