SCENT CRUSHER FIELD LITE INFRINGEMENT CHART FOR U.S. PATENT NO. 8,557,177

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| A method of deodorizing a hunter, hunter clothing, and a hunting equipment while hunting, comprising: | Scent Crusher's promotional materials[1] instruct its customers to use the Scent Crusher Field Lite ozone generator to perform a method of deodorizing a hunter, hunter clothing, and a hunting equipment while hunting.<br><br>For example, the Field Lite product is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." Associated promotional images show mounting the Field Lite unit in a tree with the hunter during a bow hunt—the Field Lite directed toward the hunter, his clothing, and equipment. |

[1] Available at https://scentcrusher.com/field-pro/ and https://scentcrusher.com/field-lite/, respectively; certain materials cited herein may also be found at http://www.lancasterarchery.com/scent-crusher-field-lite.html and http://www.lancasterarchery.com/scent-crusher-field-pro.html.  On information and belief, the materials (e.g., images and product descriptions) on the Lancaster Archery websites were provided by Scent Crusher (or are derivative of provided materials) for Lancaster's use in marketing the Field Pro and Field Lite units.

**EXHIBIT E**

| Claim 1 | Scent Crusher Field Lite |
|---------|--------------------------|
|         |  |

| Claim 1 | Scent Crusher Field Lite | |
|---|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt | |
| providing a portable oxidizing gas generator that has been transported to a field for discharging a stream of oxidizing gas; | The Scent Crusher Field Lite is a portable oxidizing gas generator configured for transport into the field by a hunter for the purpose of discharging a stream of oxidizing gas.  Scent Crusher's promotional materials induce users to transport the Field Lite to a field for discharging a stream of oxidizing gas.<br><br>For example, Scent Crusher's promotional material shows use of the Field Lite product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The product is called the "Field Lite," which suggests use in the field.  The Field Lite product description states that it is "[c]ompact and lightweight" allowing for easy portability to the field. The Field Lite promotional material confirms that it is an ozone generator by stating, for example, that the product has "ample ozone output for most hunting situations".  The Field Lite "allows the hunter to use [the Field Lite] in a tree stand, ground blind, or for spot and stalk hunts." The Field Lite is battery operated, allowing for use in the field in the manner depicted in promotional images.  The Field Lite has a series of slits or vents on the front of the product allowing for discharge of a stream of ozone. | |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| |  <br><br>**PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| positioning the portable oxidizing gas generator for use in the field where the hunter, the hunting clothing, the hunting equipment and game animals are present; | The Scent Crusher Field Lite comprises a portable oxidizing gas generator for use in the field where the hunter, the hunting clothing, the hunting equipment and game animals are present.  Scent Crusher's Field Lite promotional materials induce users to position Field Lite for use in the field where the hunter, the hunting clothing, the hunting equipment and game animals are present.<br><br>For example, promotional materials for the Field Lite show use of the product in a tree stand during a bow hunt.  The Field Lite product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt."  The nature of hunting in a "tree stand, ground blind, or [] spot and stalk hunts" is such that the hunter, her clothing, and her equipment are brought in close enough proximity to the game animals in the field that are the subject of the hunt. Thus, Scent Crusher teaches its customers to position the Field Lite product in the manner required by this claim limitation.<br><br>  |

| Claim 1 | Scent Crusher Field Lite | |
|---|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt | |
| applying the stream of oxidizing gas directly onto the hunter, the hunting clothing, and the hunting equipment in the field to deodorize the hunting clothing and the hunting equipment. | The Scent Crusher Field Lite is used, consistent with Scent Crusher's instructions, to apply a stream of oxidizing gas directly onto the hunter, the hunting clothing, and the hunting equipment in the field to deodorize the hunting clothing and the hunting equipment.<br><br>For example, the Field Lite product is intended to be used by a hunter to apply oxidizing gas to his person, clothing, and equipment while hunting in the field.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts."The Scent Crusher business name and trademark ("Scent off. Game on.®") suggest the intended use of the Field Lite product—to deodorize objects having scents (e.g., a hunter, her clothing, and equipment) for hunting game animals. Associated promotional images show mounting the Field Lite unit in a tree and pointed toward the hunter, his clothing, and his hunting equipment during a bow hunt.  Promotional materials describe the Field Lite's purpose as follows—"[T]he Field Lite will have you covered and scent free." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d. | |

| Claim 1 | Scent Crusher Field Lite |
|---------|--------------------------|
|         |      |

| Claim 1 | Scent Crusher Field Lite | |
|---|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt | |

| Claim 2 | Scent Crusher Field Lite |
|---|---|
| The method of claim 1 wherein the oxidizing gas comprises ozone. | The Scent Crusher Field Lite produces oxidizing gas which comprises at least ozone. At least the Scent Crusher promotional material induce users to use their Field Lite product to produce ozone.<br><br>For example, the Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts."<br><br>**PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |
| Claim 4 | Scent Crusher Field Lite |
| The method of claim 1 wherein applying the stream of the oxidizing gas directly onto the hunting clothing and the hunting equipment occurs | The Scent Crusher Field Lite produces a stream of the oxidizing gas for directly treating scents on hunting clothing and the hunting equipment while the hunting clothing is being worn by the hunter.  Scent Crusher's promotional material induces users to apply the stream of the oxidizing gas directly onto the hunting clothing and the hunting equipment while the hunting clothing is being worn by the hunter<br><br>For example, Scent Crusher's promotional material shows use of the Field Lite product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The product is called the "Field Lite", which suggests use in the field.  The Field Lite product description states that it is "[c]ompact and lightweight" allowing for easy |

| while the hunting clothing is being worn by the hunter. | portability to the field. The Field Lite promotional material confirms that it is an ozone generator by stating, for example, that the product has "ample ozone output for most hunting situations".  As another example, the Field Lite "allows the hunter to use [the Field Lite] *in* a tree stand, ground blind, or for spot and stalk hunts." The Field Lite is battery operated, allowing for use in the field in the manner depicted in promotional images<br><br>The Field Lite product is intended to be used by a hunter to apply oxidizing gas to his person, the clothing he is wearing, and his equipment while hunting in the field.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." By way of further example, the Scent Crusher business name and trademark ("Scent off. Game on.®") suggest the intended use of the Field Lite product—to deodorize a hunter, her (current) clothing, and equipment for hunting game animals. Associated promotional images show mounting the Field Lite unit in a tree pointed toward the hunter, his (current) clothing, and his hunting equipment during a bow hunt.   Use during spot-and-stalk hunts would result in application of oxidizing gas to the hunter and hunting equipment while such clothing is worn by the hunter.<br><br> |

**PRODUCT DESCRIPTION**

- Compact and lightweight with ample ozone output for most hunting situations
- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- The new Scent Crusher Field Lite is compact and lightweight with great features in a small design
- Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts
- High quality fan for quiet operation
- Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge
- Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt

| Claim 1 | Scent Crusher Field Pro |
|---|---|
| A method of deodorizing a hunter, hunter clothing, and a hunting equipment while hunting, comprising: | Scent Crusher's promotional materials instruct its customers to use the Scent Crusher Field Pro ozone generator to perform a method of deodorizing a hunter, hunter clothing, and a hunting equipment while hunting.<br><br>For example, the Field Pro product is described as providing a "scent control blanket", and as having a battery allowing for "longer hunts on a single charge." Associated promotional images show mounting the Field Pro unit in a tree, behind the hunter and directed toward the hunter during a bow hunt.<br><br> |

<table>
<tr><td></td><td>

**PRODUCT DESCRIPTION**

• The next line of defense to complete your circle of protection in the Scent Crusher product line is here
• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
• Vent ports on the front and side for an industry leading 270˚ of coverage and 60% more ozone output than any comparable field product
• Better coverage and greater output than ever before
• Wider range of coverage with side vents
• Low, medium, high output settings with high quality fan for quiet operation
• Removable Extended life battery with battery technology allows for longer hunts on a single charge
• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
• Green is best for deer and red is best for predators
• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
• Automatically shuts off after the selected amount of time
• USB output port for charging external devices

</td></tr>
<tr><td>

providing a portable oxidizing gas generator that has been transported to a field for discharging a stream of oxidizing gas;

</td><td>

The Scent Crusher Field Pro is a portable oxidizing gas generator configured for transport into the field by a hunter for the purpose of discharging a stream of oxidizing gas.  Scent Crusher's Field Pro promotional materials instruct users to transport the Field Pro into a hunting field for discharge of a stream of oxidizing gas.

For example, Scent Crusher's promotional material shows use of the Field Pro product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The product is called the "Field Pro", which suggests use in the field. The Field Pro promotional material confirms that it is an ozone generator capable of discharging a stream of oxidizing gas by stating, for example, that the product has "[v]ent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product . . . with high quality fan for quiet operation".  The Field Pro is battery operated, allowing for use in the field in the manner depicted in promotional images.  "Directional vent ports" on the front and sides of the Field Pro allow for

</td></tr>
</table>

discharge of one or more streams of oxidizing gas.  *See* http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d.





<table>
<tr><td></td><td>

**PRODUCT DESCRIPTION**

• The next line of defense to complete your circle of protection in the Scent Crusher product line is here
• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product
• Better coverage and greater output than ever before
• Wider range of coverage with side vents
• Low, medium, high output settings with high quality fan for quiet operation
• Removable Extended life battery with battery technology allows for longer hunts on a single charge
• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
• Green is best for deer and red is best for predators
• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
• Automatically shuts off after the selected amount of time
• USB output port for charging external devices

</td></tr>
<tr><td>

positioning the portable oxidizing gas generator for use in the field where the hunter, the hunting clothing, the hunting equipment and game animals are present;

</td><td>

The Scent Crusher Field Pro comprises a portable oxidizing gas generator for use in the field where the hunter, the hunting clothing, the hunting equipment and game animals are present.  Scent Crusher's promotional materials instruct users to position the Field Pro for use in the field where the hunter, her clothing, equipment, and game animals are present.

For example, promotional materials for the Field Pro show use of the product in a tree stand with a hunter, his clothing and equipment during a bow hunt.  The Field Pro product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt." Multiple colors of lights are provided on the Filed Pro to accommodate use for hunts of different types of animals in the field—"Green is best for deer and red is best for predators". Thus, it is intended that the Field Pro product be positioned in the manner required by this claim limitation.

</td></tr>
</table>





| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| applying the stream of oxidizing gas directly onto the hunter, the hunting clothing, and the hunting equipment in the field to deodorize the hunting clothing and the hunting equipment. | The Scent Crusher Field Pro can be used to apply a stream of oxidizing gas directly onto the hunter, the hunting clothing, and the hunting equipment in the field to deodorize the hunting clothing and the hunting equipment.  The Scent Crusher Field Pro promotional materials induce users to apply a stream of oxidizing gas directly to the hunter, her clothing, and her equipment in the field to deodorize the hunting clothing and the equipment.<br><br>For example, the Field Pro product is intended to be used by a hunter to apply oxidizing gas to his person, clothing, and equipment while hunting in the field.  The Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." Scent Crusher's company name and trademark ("Scent off. Game on.®") suggest that the intended use of the Field Pro product is to deodorize objects bearing scents (e.g., |

a hunter and his clothing/equipment) for hunting game animals.  Associated promotional images show mounting the Field Pro unit in a tree behind the hunter and directed toward the hunter, his clothing, and his hunting equipment during a bow hunt.  Promotional materials suggest the intended use of Scent Crusher's products, including the Field Pro product, is to use ozone to deodorize the hunter, his clothing, and equipment. For example, the Field Pro is advertised as providing "a wider blanket and added ozone output, the Field Pro has you covered, and you have the advantage." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d.



| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| **Claim 2** | **Scent Crusher Field Pro** |
| The method of claim 1 wherein the oxidizing gas comprises ozone. | The Scent Crusher Field Pro produces oxidizing gas which comprises at least ozone.  Scent Crusher's Field Pro promotional materials induce users to use their Field Pro product to produce ozone.<br><br>For example, the Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product." |

**PRODUCT DESCRIPTION**

- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
- Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product
- Better coverage and greater output than ever before
- Wider range of coverage with side vents
- Low, medium, high output settings with high quality fan for quiet operation
- Removable Extended life battery with battery technology allows for longer hunts on a single charge
- White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
- Green is best for deer and red is best for predators
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
- Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices

| Claim 4 | Scent Crusher Field Pro |
|---|---|
| The method of claim 1 wherein applying the stream of the oxidizing gas directly onto the hunting clothing and the hunting equipment occurs while the hunting clothing is being worn by the hunter. | The Scent Crusher Field Pro produces a stream of the oxidizing gas for directly treating scents on hunting clothing and hunting equipment while the hunting clothing is being worn by the hunter.  Scent Crusher's Field Pro promotional material induces users to apply the stream of the oxidizing gas directly onto the hunting clothing and the hunting equipment while the hunting clothing is being worn by the hunter<br><br>For example, Scent Crusher's promotional material shows use of the Field Pro product by a bow hunter in a tree stand during a hunt (e.g., "a field").  By way of further example, the product is called the "Field Pro", which suggests use in the field where hunting clothing is worn.<br><br>The Field Pro product is intended to be used by a hunter to apply oxidizing gas to his person, the clothing he is wearing, and his equipment while hunting in the field.  The Field Lite is described as providing "ample |

ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." It is understood that hunters wear clothing when hunting in the field and scent control is intended and would be desired for a hunter's clothing.  The Scent Crusher business name and trademark ("Scent off. Game on.®") suggest the intended use of the Field Lite product—to deodorize a hunter, her (presently-worn) clothing, and equipment for hunting game animals. Associated promotional images show mounting the Field Pro unit in a tree behind the hunter and directed toward the hunter, his (presently-worn) clothing, and his hunting equipment during a bow hunt.



**PRODUCT DESCRIPTION**

- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind
- Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product
- Better coverage and greater output than ever before
- Wider range of coverage with side vents
- Low, medium, high output settings with high quality fan for quiet operation
- Removable Extended life battery with battery technology allows for longer hunts on a single charge
- White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up
- Green is best for deer and red is best for predators
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt
- Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices