SCENT CRUSHER FIELD LITE INFRINGEMENT CHART FOR U.S. PATENT NO. 7,939,015

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| A method of eliminating scent from a hunter's body, clothes worn by the hunter, and equipment used by the hunter comprising: | Scent Crusher's promotional materials[1] instruct its customers to use the Scent Crusher Field Lite ozone generator to perform a method of eliminating scent from a hunter's body, clothes worn by the hunter, and equipment used by the hunter while hunting.<br><br>For example, the Field Lite product is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." Associated promotional images show mounting the Field Lite unit in a tree with the hunter during a bow hunt—the Field Lite directed toward the hunter, his clothing, and equipment. |

---

[1] Available at https://scentcrusher.com/field-pro/ and https://scentcrusher.com/field-lite/, respectively; certain materials cited herein may also be found at http://www.lancasterarchery.com/scent-crusher-field-lite.html and http://www.lancasterarchery.com/scent-crusher-field-pro.html.  On information and belief, the materials (e.g., images and product descriptions) on the Lancaster Archery websites were provided by Scent Crusher (or are derivative of provided materials) for Lancaster's use in marketing the Field Pro and Field Lite units.

# EXHIBIT F

| Claim 1 | Scent Crusher Field Lite |
|---|---|
|  |  |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |
| providing a portable ozone generator for discharging a stream of ozone; | The Scent Crusher Field Lite is a portable ozone generator configured for transport into the field by a hunter for the purpose of discharging a stream of ozone. Scent Crusher's promotional materials induce users to transport the Field Pro to a field for discharging a stream of ozone.<br><br>For example, Scent Crusher's promotional material shows use of the Field Lite product by a bow hunter in a tree stand during a hunt (e.g., "a field"). The product is called the "Field Lite," which suggests it is portable for use in the field. The Field Lite product description states that it is "[c]ompact and lightweight" allowing for easy portability to the field. The Field Lite promotional material confirms that it is an ozone generator by stating, for example, that the product has "ample ozone output for most hunting situations". The Field Lite "allows the hunter to use [the Field Lite] in a tree stand, ground blind, or for spot and stalk hunts." The Field Lite is battery operated, allowing for portable use in the field in the manner depicted in promotional images. The Field Lite has a series of slits or vents on the front of the product allowing for discharge of a stream of ozone. |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| |   |

**PRODUCT DESCRIPTION**

- Compact and lightweight with ample ozone output for most hunting situations
- The next line of defense to complete your circle of protection in the Scent Crusher product line is here
- The new Scent Crusher Field Lite is compact and lightweight with great features in a small design
- Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts
- High quality fan for quiet operation
- Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge
- Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes
- Automatically shuts off after the selected amount of time
- USB output port for charging external devices
- Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| transporting the portable ozone generator by the hunter into the field; | The Scent Crusher Field Lite is a portable ozone generator configured for transport into the field by a hunter for the purpose of discharging a stream of ozone. The Field Lite product description states that it is "[c]ompact and lightweight" such that it can be easily transported into the field. The Field Lite "allows the hunter to use [the Field Lite] in a tree stand, ground blind, or for spot and stalk hunts." The Field Lite is battery operated, allowing for transportation into the field in the manner depicted in promotional images. |
| hanging the portable ozone generator in an open atmosphere in which the hunter and game animals are present and applying the stream of ozone directly on the hunter, clothing worn by the hunter, and equipment used by the hunter; | The Scent Crusher Field Lite comprises a portable ozone generator for use in an open atmosphere where the hunter, the hunting clothing, the hunting equipment and game animals are present. Scent Crusher's Field Lite promotional materials induce users to position Field Lite for use in the field where the hunter, the hunting clothing, the hunting equipment and game animals are present.<br><br>The Scent Crusher Field Lite shows use of the product in an open atmosphere—i.e., a tree stand during a bow hunt. The Field Lite product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt" that allows for hanging the portable ozone generator in an open atmosphere such as a tree stand. The nature of hunting in a "tree stand, ground blind, or [] spot and stalk hunts" is such that the hunter, her clothing, and her equipment are brought in close enough proximity to the game animals in the field that are the subject of the hunt. Scent Crusher's materials teach its customers to hang the Field Lite product in the manner required by this claim limitation. |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| |  <br><br>**PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| wherein applying the stream of ozone directly onto the hunter, clothing worn by the hunter, and equipment used by the hunter occurs in the open atmosphere to deodorize the hunter, clothing worn by the hunter, and equipment used by the hunter to eliminate human scent and other scent foreign to the open atmosphere such that deodorized air travels downwind of the hunter. | The Scent Crusher Field Lite can be used to apply a stream of ozone directly onto the hunter, the clothing worn by the hunter, and equipment used by the hunter in the open atmosphere to deodorize the hunter, clothing worn by the hunter, and equipment used by the hunter to eliminate human scent and other scent foreign to the open atmosphere such that deodorized air travels downwind of the hunter.  Scent Crusher's Field Lite promotional materials induce users to apply a stream of ozone directly onto the hunter, her clothing, and her equipment in the field to deodorize the hunting clothing and the equipment.<br><br>For example, the Field Lite product is intended to be used by a hunter to apply ozone to his person, clothing, and equipment while hunting in an open atmosphere.  The Field Lite is described as providing "ample ozone output for most hunting situations", and for creating a "circle of protection" for "the hunter to use [] in a tree stand, ground blind, or for spot and stalk hunts." The Scent Crusher business name and trademark ("Scent off. Game on.®") suggest the intended use of the Field Lite product—to deodorize objects having scents (e.g., a hunter, her clothing, and equipment) for hunting game animals. Associated promotional images show mounting the Field Lite unit in an open atmosphere – i.e., a tree, and pointed toward the hunter, his clothing, and his hunting equipment during a bow hunt such that deodorized air travels downwind of the hunter. Promotional materials describe the Field Lite's purpose as follows—"[T]he Field Lite will have you covered and scent free." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d. |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
|  |  |

| Claim 1 | Scent Crusher Field Lite |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• Compact and lightweight with ample ozone output for most hunting situations<br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• The new Scent Crusher Field Lite is compact and lightweight with great features in a small design<br>• Multipurpose design allows the hunter to use it in a tree stand, ground blind, or for spot and stalk hunts<br>• High quality fan for quiet operation<br>• Built-In Extended life battery, newest battery technology allows for longer hunts on a single charge<br>• Cycle Times: 2 hours; 1.5 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt |

| Claim 4 | Scent Crusher Field Lite |
|---|---|
| The method of claim 1 wherein the equipment comprises arrows. | The Scent Crusher Field Lite promotional images show a hunter using the Field Lite when hunting with arrows: |

| Claim 1 | Scent Crusher Field Pro |
|---|---|
| A method of eliminating scent from a hunter's body, clothes worn by the hunter, and equipment used by the hunter, comprising: | Scent Crusher's promotional materials instruct its customers to use the Scent Crusher Field Pro ozone generator to perform a method of eliminating scent from a hunter's body, clothes worn by the hunter, and equipment used by the hunter while hunting.<br><br>For example, the Field Pro product is described as providing a "scent control blanket", and as having a battery allowing for "longer hunts on a single charge." Associated promotional images show mounting the Field Pro unit in a tree, behind the hunter and directed toward the hunter during a bow hunt.<br><br> |

| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270˚ of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| providing a portable ozone generator for discharging a stream of ozone; | The Scent Crusher Field Pro is a portable ozone generator configured for transport into the field by a hunter for the purpose of discharging a stream of ozone.  At least the Scent Crusher Field Pro promotional materials instruct users to transport the Field Pro into a hunting field for discharge of a stream of ozone.<br><br>For example, Scent Crusher's promotional material shows use of the Field Pro product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The product is called the "Field Pro", which suggests it is portable for use in the field.  The Field Pro promotional material confirms that it is an ozone generator capable of discharging a stream of ozone by stating, for example, that the product has "[v]ent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product . . . with high quality fan for quiet operation".  The Field Pro is battery operated, allowing for portable use in the field in the manner depicted in promotional images.  "Directional vent ports" on the front and sides of the Field Pro allow for discharge of one or more streams of oxidizing gas.  *See* http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d. |

| | |
|---|---|
| |   |
| transporting the portable ozone generator by the into the field; | The Scent Crusher Field Pro is a portable ozone generator configured for transport into the field by a hunter for the purpose of discharging a stream of ozone.  Scent Crusher's Field Pro promotional materials instruct users to transport the Field Pro into a hunting field for discharge of a stream of oxidizing gas.<br><br>For example, Scent Crusher's promotional material shows use of the Field Pro product by a bow hunter in a tree stand during a hunt (e.g., "a field").  The product is called the "Field Pro", which suggests transportation for use in the field.  The Field Pro promotional material confirms that it is an ozone generator capable of discharging a stream of oxidizing gas by stating, for example, that the product has "[v]ent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field |

product . . . with high quality fan for quiet operation". The Field Pro is battery operated, allowing for use in the field in the manner depicted in promotional images. "Directional vent ports" on the front and sides of the Field Pro allow for discharge of one or more streams of oxidizing gas. *See* http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d.




| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| hanging the portable ozone generator in an open atmosphere in which the hunter and game animals are present and applying the stream of ozone directly on the hunter, clothing worn by | The Scent Crusher Field Pro comprises a portable ozone generator for use in an open atmosphere where the hunter, the hunting clothing, the hunting equipment and game animals are present.  Scent Crusher's promotional materials instruct users to position the Field Pro for use in the field where the hunter, her clothing, equipment, and game animals are present.<br><br>For example, promotional materials for the Field Pro show use of the product in an open atmosphere – i.e., a tree stand, with a hunter, his clothing and equipment during a bow hunt.  The Field Pro product is sold with "tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt."  Multiple colors of lights are provided on the Filed Pro to accommodate use for hunts of different types of animals in the field—"Green is best for deer and red is best for predators". |

| | |
|---|---|
| the hunter, and equipment used by the hunter; | Thus, Scent Crusher's promotional materials teach its customers to hang the Field Pro product in the manner required by this claim limitation.<br><br>  |

| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| wherein applying the stream of ozone directly on the hunter, clothing worn by the hunter, and equipment used by the hunter occurs in the open atmosphere to deodorize the hunter, clothing | The Scent Crusher Field Pro can be used to apply a stream of ozone directly onto the hunter, the clothing worn by the hunter, and equipment used by the hunter in the open atmosphere to deodorize the hunter, clothing worn by the hunter, and equipment used by the hunter to eliminate human scent and other scent foreign to the open atmosphere such that deodorized air travels downwind of the hunter.  The Scent Crusher Field Pro promotional materials induce users to apply a stream of ozone directly to the hunter, her clothing, and her equipment in the field to deodorize the hunting clothing and the equipment.<br><br>For example, the Field Pro product is intended to be used by a hunter to apply ozone directly to his person, clothing, and equipment while hunting in an open atmosphere.  The Field Pro is described as providing a "scent control blanket for the tree stand and ground blind", through "an industry leading 270° of coverage and 60% more ozone output than any comparable field product."  The Scent Crusher company name and |

| | |
|---|---|
| worn by the hunter, and equipment used by the hunter to eliminate human scent and other scent foreign to the open atmosphere such that deodorized air travels downwind of the hunter. | trademark ("Scent off. Game on.®") suggest that the intended use of the Field Pro product is to deodorize objects bearing scents (e.g., a hunter and his clothing/equipment) for hunting game animals.  Associated promotional images show mounting the Field Pro unit in an open atmosphere – i.e., a tree, behind the hunter and directed toward the hunter, his clothing, and his hunting equipment during a bow hunt such that deodorized air travels downwind of the hunter.  Promotional materials suggest the intended use of Scent Crusher's products, including the Field Pro product, is to use ozone to deodorize the hunter, his clothing, and equipment.  For example, the Field Pro is advertised as providing "a wider blanket and added ozone output, the Field Pro has you covered, and you have the advantage." http://www.theoutdoorwire.com/story/1ea5aa38-2863-4bfc-a779-8540624e352d.<br><br> |

| | |
|---|---|
| | **PRODUCT DESCRIPTION**<br><br>• The next line of defense to complete your circle of protection in the Scent Crusher product line is here<br>• New Scent Crusher Field Pro is your scent control blanket for the tree stand and ground blind<br>• Vent ports on the front and side for an industry leading 270° of coverage and 60% more ozone output than any comparable field product<br>• Better coverage and greater output than ever before<br>• Wider range of coverage with side vents<br>• Low, medium, high output settings with high quality fan for quiet operation<br>• Removable Extended life battery with battery technology allows for longer hunts on a single charge<br>• White, Green, and Red LED lights on the bottom of the unit for visibility when getting ready or packing up<br>• Green is best for deer and red is best for predators<br>• Includes: tree screw, tree arm, blind mount, tree strap, AC/DC power cords, and carry bag that accommodates everything you need for the hunt<br>• Cycle times: 6 hours; 4 hours; 1 hour; 30 minutes<br>• Automatically shuts off after the selected amount of time<br>• USB output port for charging external devices |
| **Claim 4** | **Scent Crusher Field Pro** |
| The method of claim 1 wherein the equipment comprises arrows. | The Scent Crusher Field Pro promotional images show a hunter using the Field Pro when hunting with arrows: |

