**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| PARAH, LLC, <br><br> and <br><br> OZONICS, LLC, <br><br>         Plaintiffs, <br><br> v. <br><br> MOJACK DISTRIBUTORS, LLC, <br> d/b/a SCENT CRUSHER, <br><br>         Defendant. | Case No. 6:18-cv-1208 |

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the Parties' Stipulated Motion to Dismiss with Prejudice. After duly considering the motion and the record, the Court finds the following:

1. The Parties have voluntarily resolved all claims, counterclaims, and defenses arising from the above- captioned matter and have entered into a confidential settlement agreement (the "Agreement").

2. The Parties moved, and the Court has ordered, that the Memorandum and Order granting preliminary injunction (Doc. 57) become permanent (Doc. 78).

3. The Parties have filed a stipulated motion to dismiss all remaining claims, counterclaims, and defenses with prejudice in the above-captioned matter.

4. **IT IS THEREFORE ORDERED** that the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. 79) is **GRANTED.**

2

5. **IT IS FURTHER ORDERED** that all remaining claims, counterclaims and defenses in the above-captioned case are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

6. **IT IS FURTHER ORDERED** that this Court retains jurisdiction over all the parties and for all disputes between the parties to enforce or interpret the Agreement or any exhibits thereto or relating in any way to the Patents-In-Suit, including the Permanent Injunction.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2019.

_/s/ Eric F. Melgren_
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE